NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3301

GARY V. GRECCO,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. NY844E080322-I-2.

ON MOTION

ORDER

The Office of Personnel Management (OPM) moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. Gary V. Grecco opposes.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The deciding agency is designated as the respondent when the Board reaches the merits of the underlying case.

In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is granted. The revised official caption is reflected above.

(2)    The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

__JAN 0 8 2010__
Date

_/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:    Gary V. Grecco
Kenneth S. Kessler, Esq.
Calvin Morrow, Esq. (copy of petitioner's informal brief enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 8 2010

JAN HORBALY
CLERK

2010-3301                                      2